UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-21733-CV-WILLIAMS

LAZARO REYES,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief United States Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 27) ("**Report**") on Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (DE 25) ("**Motion**"). In the Report, Chief Magistrate Judge Torres recommends that the Court grant in part and deny in part Plaintiff's Motion. (DE 27 at 1.) Specifically, the Report finds that some of the time entries submitted by Plaintiff's counsel were clerical in nature. (*Id.* at 2–3.) As such, the Report concludes the total compensable hours billed in 2020 should be reduced from 4.2 hours to 3.5 hours. (*Id.* at 3.) Additionally, Chief Magistrate Judge Torres finds that the hours billed by counsel on Plaintiff's motion for summary judgment was reasonable and not excessive. (*Id.*) Taking the reduction into consideration, the Report recommends the Court award $7,162.72 in attorney's fees to Plaintiff's counsel. (*Id.*) No objections were filed to the Report, and the time to do so has passed. Accordingly, upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (DE 25) is **GRANTED IN PART AND DENIED IN PART**.

3. If the United States Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the Government should honor Plaintiff's assignment of fees, costs, and expenses under the Equal Access to Justice Act, and therefore make Plaintiff's total fee award of $7,162.72 payable directly to Plaintiff's counsel.

4. This matter shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 13th day of February, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE